USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenis Silfa,

            Plaintiff,

–v–

Teva Pharmaceuticals, USA, Inc., *et al*,

            Defendant.

20-cv-7979 (AJN)

ORDER

    On November 5, 2020, Plaintiff filed a letter requesting that the Court stay this case pending the United States Judicial Panel on Multidistrict Litigation's determination of whether to consolidate and transfer Plaintiff's case with multiple other actions involving the ParaGard intrauterine device. The Court grants Plaintiff's request. Courts routinely grant stays pending an MDL panel's determination of whether to consolidate and transfer a case in order to conserve judicial resources. *See Royal Park Investments SA/NV v. Bank of Am. Corp.*, 941 F. Supp. 2d 367, 370 (S.D.N.Y. 2013). Moreover, while Defendants contend that they oppose consolidation and transfer generally, they provide no reason why they would be harmed by a stay pending that decision. *See* Dkt. No. 35. Therefore, the Court will stay this litigation until the MDL panel has determined whether Plaintiff's claims will be consolidated and transferred.

    SO ORDERED.

Dated: November 12, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

Part I